UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ASHLEY S. EBANKS, :
:
Plaintiff, :
: 25-CV-1181 (JMF)
-v- :
: ORDER
ANDRE L. BROWN and PERFECT TIMING :
TRANSPORT LLC, :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's February 19, 2025 Order, ECF No. 9, Defendants were required to file proof of service of that Order on the docket within two business days of the Order. To date, Defendants have not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 28, 2025**.

     SO ORDERED.

Dated: February 27, 2025
       New York, New York

                                              JESSE M. FURMAN
                                       United States District Judge