**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ASHLEY S. EBANKS,

                        Plaintiff,                        **25-CV-01181-VF**

        -against-                              **ORDER**


ANDRE L. BROWN, et al.,

                        Defendants.

-------------------------------------------------------------------X


**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint status update on discovery by **January 23, 2026**.

               **SO ORDERED.**

DATED:     New York, New York
           January 15, 2026


                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge